IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MEGAN BRITT                                                                                         PLAINTIFF

V.                                                            CIVIL ACTION NO. 1:17CV0219-SA-DAS

MISSISSIPPI FARM BUREAU CASUALTY
INSURANCE COMPANY, ET AL.                                                              DEFENDANTS

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on December 28, 2017. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge.

This, the 23rd day of January, 2018.

                                                  **/s/ Sharion Aycock**
                                                  **U.S. DISTRICT JUDGE**