# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**MEGAN BRITT**
**PLAINTIFF**

**V.**  CIVIL ACTION NO. 1:17-cv-219-NBB-DAS

**MISSISSIPPI FARM BUREAU CASUALTY**
**INSURANCE COMPANY,** *et al.*
**DEFENDANTS**

## ORDER

This matter is before the Court on the Plaintiff's Unopposed Motion to Withdraw Exhibits 5 (Doc. 278-5) and 11 (Doc. 278-11) and to Accept Under Seal. Upon consideration thereof, it is hereby ORDERED that the Plaintiff's motion be GRANTED and the Clerk of Court is instructed to seal Exhibits 5 and 11 on the public record.

**SO ORDERED** this the 14th day of October, 2020.

/s/ David A. Sanders
U.S. MAGISTRATE JUDGE