IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MEGAN BRITT                                                                                          PLAINTIFF

V.                                                                      CIVIL ACTION NO. 1:17CV219-NBB-DAS

MISSISSIPPI FARM BUREAU CASUALTY
INSURANCE COMPANY AND SOUTHERN FARM
BUREAU LIFE INSURANCE COMPANY                                                   DEFENDANTS

## **ORDER**

Presently before the court are the joint motions in limine filed by the defendants Mississippi Farm Bureau Casualty Insurance Company and Southern Farm Bureau Life Insurance Company. The defendants move in limine as follows: (1) to prohibit evidence regarding allegations of mistreatment or harassment of other female agents and staff in the Lowndes County Farm Bureau office; (2) to prohibit evidence regarding allegations of mistreatment or harassment of the plaintiff by the now-dismissed defendant Roy Weathers; (3) to prohibit evidence regarding punitive damages during the liability and compensatory damages phase of the trial; and (4) to prohibit evidence regarding other lawsuits involving the defendants.

The plaintiff filed no responses or objections to any of the aforementioned motions in limine, and the motions will be granted as unopposed. The court notes that it will also grant the defendants' request that the trial of this cause be bifurcated into a liability and compensatory damages phase and a punitive damages phase, if the latter is required at the conclusion of the first phase.

Accordingly, it is **ORDERED AND ADJUDGED** that the defendants' motions in limine are **GRANTED**.

This 22nd day of September, 2021.

/s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE