IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MEGAN BRITT                                                    PLAINTIFF

V.                          CIVIL ACTION NO. 1:17CV219-NBB-DAS

MISSISSIPPI FARM BUREAU CASUALTY
INSURANCE COMPANY AND SOUTHERN FARM
BUREAU LIFE INSURANCE COMPANY                        DEFENDANTS

## **ORDER**

This cause comes before the court upon the defendants' motions for reconsideration or, alternatively, for certification of interlocutory appeal and the parties' joint motion for a continuance. Upon due consideration, the court finds as follows:

The court declines to reconsider, pursuant to Federal Rule of Civil Procedure 54(b), its September 22, 2021 ruling denying the defendants' motions for summary judgment but will certify said order for interlocutory appeal under 28 U.S.C. § 1292(b), the court finding that controlling questions of law are involved; the questions presented are those where there is substantial ground for difference of opinion; and an immediate appeal may materially advance the ultimate termination of the litigation. 28 U.S.C. § 1292(b).

Further, the parties' joint motion for continuance of the trial and pretrial conference should be granted for the grounds stated therein and to allow time for the Fifth Circuit Court of Appeals to rule on the interlocutory appeal.

It is, therefore, **ORDERED AND ADJUDGED** that the defendants' motions for reconsideration are **DENIED**; the motions for certification of interlocutory appeal are **GRANTED**; and the joint motion for continuance is **GRANTED**.

This 14th day of January, 2022.

                                                                         /s/ Neal Biggers
                                                                         NEAL B. BIGGERS, JR.
                                                                         UNITED STATES DISTRICT JUDGE