IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

MEGAN BRITT                                                                                           PLAINTIFF

V.                                                                                           NO. 1:17CV219-M-S

MISSISSIPPI FARM BUREAU                                                             DEFENDANTS
CASUALTY INSURANCE COMPANY, ET AL.

## ORDER OF RECUSAL

The above styled and numbered cause was reassigned to Senior United States District Judge Michael P. Mills from Senior United States District Judge Neal Biggers, Jr. on August 14, 2023, with a pending trial date of September 11, 2023. After examining the docket, Judge Mills finds that he already has another case set for trial on September 11, 2023, that was also inherited from Judge Biggers in 2022, the same being Linares, et al. v. City of Southaven, et al., 3:19cv133, and that each case is more than three years old and equally deserving of being resolved. This Court is informed that both cases are certain to be tried, and this Judge lacking the resources to hear both cases at the same time, does hereby recuse from this case.

It is **ORDERED** that the Clerk of the Court is directed to transfer and re-assign this cause, per usual procedure, to another United States District Judge in the Northern District of Mississippi.

This the 14th day of August 2023.

/s/ Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI