UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MEGAN BRITT                                                                   PLAINTIFF

VS.                                              CIVIL ACTION NO. 1:17-CV-219-GHD-DAS

MISSISSIPPI FARM BUREAU CASUALTY
INSURANCE COMPANY, and SOUTHERN
FARM BUREAU LIFE INSURANCE
COMPANY                                                                     DEFENDANTS

---

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO REINSTATE MOTIONS IN LIMINE

---

Presently before the Court is the Plaintiff's unopposed motion [382] seeking to have this Court reconsider the Order [355] entered by the previous court assigned to this matter in which that court denied as moot four motions in limine [334, 336, 338, 340] filed by the Plaintiff. Upon due consideration, the Court finds that the Plaintiff's motion should be granted and the subject motions in limine reinstated to the Court's active docket.

This cause was transferred to this Court on August 14, 2023 [365]. Prior to that date, while this matter was assigned to a different court, that court entered an Order [355] deeming as moot four motions in limine timely filed by the Plaintiff in anticipation of trial. That court entered the subject Order given that this matter was on interlocutory appeal to the Fifth Circuit. Given the present posture of this case, and the unopposed nature of the Plaintiff's request, the Court finds that the four subject motions in limine should be reinstated to the Court's active pending motion docket.

Accordingly, the Court hereby ORDERS that the Plaintiff's unopposed motion [382] seeking to have this Court reconsider the Order [355] entered by the previous court assigned to this matter in which that court denied as moot four motions in limine [334, 336, 338, 340] filed by the Plaintiff is GRANTED, and the subject motions in limine are hereby returned to this Court's pending motion docket. The Court notes that the motions have been fully briefed by the parties; accordingly, the

Court shall at the present time take the motions under advisement.

SO ORDERED THIS the 14th day of May, 2024.

_____
SENIOR U.S. DISTRICT JUDGE