IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

MEGAN BRITT                                                           PLAINTIFF

VS.                                  CIVIL ACTION NO.: 1:17-cv-219-GHD-DAS

MISSISSIPPI FARM BUREAU CASUALTY
INSURANCE COMPANY; and SOUTHERN
FARM BUREAU LIFE INSURANCE COMPANY            DEFENDANTS

## JUDGMENT

A jury tried the Title VII discrimination claim pending in Civil Action No. 1:17CV219 with the undersigned judge presiding, and the jury rendered a verdict on June 7, 2024.

In accord with the verdict rendered in this case, judgment on the Plaintiff Megan Britt's discrimination claim is hereby entered in favor of the Defendants Mississippi Farm Bureau Casualty Insurance Company and Southern Farm Bureau Life Insurance Company against the Plaintiff Megan Britt. Costs are assessed to the Plaintiff.

SO ORDERED, on this the _11th_ day of June, 2024.

_____
SENIOR U.S. DISTRICT JUDGE